UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>TRIXIE DELA CRUZ,<br><br>　　　　　　　　Defendant. | CASE NO. 2:23-cr-00040-LK<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

　　　This matter comes before the Court on the Defendant Trixie Dela Cruz's motion to seal Exhibit 7 to her supplement to her sentencing memorandum. Dkt. No. 50; *see also* Dkt. Nos. 51 (Ms. Dela Cruz's supplement to her sentencing memorandum), 52 (Exhibit 7). This exhibit contains sensitive financial information related to Ms. Dela Cruz. Dkt. No. 50 at 1; *see also* Dkt. No. 52 at 2–3. The Government did not file an opposition to the motion. For the reasons set forth below, the Court grants Ms. Dela Cruz's motion.

　　　"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435

U.S. 589, 597 & n.7 (1978)). District courts therefore "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Despite the public's right to access documents in criminal proceedings, a document may remain under seal when (1) sealing a document serves a compelling interest (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Parson*, No. 3:15-cr-05262-DGE, 2002 WL 558221, at *2 (W.D. Wash. Feb. 24, 2022) (citing *United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017)).

The exhibit that Ms. Dela Cruz seeks to seal contains her sensitive financial information. Dkt. No. 52 at 2–3. The Court finds that protecting such information serves as a compelling interest that would be harmed by public disclosure. There are no less restrictive means of protecting Ms. Dela Cruz's privacy.

The Court therefore GRANTS the motion to seal, Dkt. No. 50, and the exhibit, Dkt. No. 52, may remain under seal.

Dated this 4th day of April, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO SEAL - 2