UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>TRIXIE DELA CRUZ,<br><br>                   Defendant. | CASE NO. 2:23-cr-00040-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO RETURN PASSPORT |

      This matter comes before the Court on Defendant Trixie Dela Cruz's Unopposed Motion to Return Passport. Dkt. No. 62. Ms. Dela Cruz requests the return of her United States passport from the Court, as she has been released from custody, the Bureau of Prisons has not returned her driver's license to her, and her "only other proof of identity currently in her possession was issued by the [Bureau of Prisons]." *Id.* at 1. The Government does not object to Ms. Dela Cruz's motion. *Id.*

      Having reviewed the record in this case and finding good cause, the Court GRANTS Ms. Dela Cruz's Unopposed Motion to Return Passport. Dkt. No. 62. The Clerk is ORDERED to

ORDER GRANTING UNOPPOSED MOTION TO RETURN PASSPORT - 1

release Ms. Dela Cruz's United States passport to her on demand at the Clerk's Office.

Dated this 25th day of November, 2024.

_Lauren King_
Lauren King
United States District Judge